IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MEDICUS EMERGENCY MEDICINE SERVICES, LLC,** ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 11-0187-CG-B |
| **CLARK COUNTY HEALTHCARE, LLC,** d/b/a Southwest Alabama Medical Center, ) | |
| Defendant. ) | |

**DEFAULT JUDGMENT**

This matter is before the court on the plaintiffs' motion for default judgment with supporting affidavits (Docs. 13,17).

Upon due consideration, said motion is **GRANTED**. Clerk's default having been entered against defendant, Clark County Healthcare, LLC d/b/a Southwest Alabama Medical Center, for failure to appear or otherwise defend against the plaintiff's complaint (Doc. 12), and the plaintiff having represented in its complaint that the defendant is a limited liability company, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that default judgment is entered in favor of plaintiff, Medicus Emergency Medicine Services, LLC, in the total amount of $149,985.51, ($134,042.81 due to plaintiff, plus $363.70 in costs and expenses and $15,579.00 in attorneys' fees), which is the total amount due as represented in the

affidavits filed in support of plaintiff's motion.  Post judgment interest is imposed at the rate of 0.19% pursuant to 28 U.S.C. § 1961.

    **DONE and ORDERED** this 2nd day of June, 2011.

                                      /s/  Callie V. S. Granade  
                                      UNITED STATES DISTRICT JUDGE