IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MEDICUS EMERGENCY MEDICINE SERVICES, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 11-0187-CG-B** |
| ) | |
| **CLARK COUNTY HEALTHCARE, LLC, d/b/a SOUTHWEST ALABAMA MEDICAL CENTER,** ) ) ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

The court notes the answers filed by Garnishees Regions Bank (Doc. 30), Capstone Bank (Doc. 33), Sweet Water State Bank (Doc. 34), and First United Security Bank (Doc. 36). As said garnishees declare that they are not currently indebted to the defendant, will not be indebted to the defendant in the future, and do not have in their possession, or under their control, personal or real property, or things in action belonging to the defendant, the garnishees' motions to be discharged are hereby **GRANTED**.

The clerk of court is directed to send a copy of the order to said garnishees.

**DONE and ORDERED** this 6th day of October, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE