**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Medicus Emergency Medicine Services, LLC | 1:11-cv-0187-CG-B |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Clark County Healthcare, LLC, d/b/a Southwest Alabama Medical Center | Writ of Garnishment |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sweet Water State Bank  *Attn: Personnel*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
33821 Highway 43, Thomasville, AL 36784

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Alexander B. Feinberg, Esquire
Maynard, Cooper & Gale, PC.
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203-2618

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

AUG 31 '11 PM 1:46 US MS AL

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Per Phone Call Cert Mail Request Atty Feinberg & Sec.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT

Alexander B. Feinberg   TELEPHONE NUMBER: 205-254-1000   DATE: 8/31/11

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1/10 | No. 3 | No. 3 | Denise R. Perkins | 8-31-11 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 9-9-11   Time: 11   [X] am  [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | 8.00 ~~$0.00~~ |

REMARKS:

Sweet Water State Bank
7007 0710 0001 5881 9754          9-9-11

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sweet Water State Bank
   33821 Hwy 43
   Thomasville, AL 36784
   Attn: Personnel

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Lea Daniels_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    9/13/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0001 5881 9754   11-CV-00187-CG

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here    9.9.11

Sent To: Sweet Water State Bank  ①10
Street, Apt. No.; or PO Box No. 33821 Highway 43
City, State, ZIP+4 Thomasville, AL 36784

PS Form 3800, August 2006    See Reverse for Instructions

(Article number on side: 7007 0710 0001 5881 9754)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Medicus Emergency Medicine Services, LLC | COURT CASE NUMBER<br>1:11-cv-0187-CG-B |
|---|---|
| DEFENDANT<br>Clark County Healthcare, LLC, d/b/a Southwest Alabama Medical Center | TYPE OF PROCESS<br>Notice to Defendant re: writ |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lisa Sims or David Pike, Registered Agent for Clark County Healthcare, d/b/a Southwest Alabama Medical Center

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
33700 Highway 43, Thomasville, AL 36784

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Alexander B. Feinberg, Esquire
Maynard, Cooper & Gale, PC.
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203-2618

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
Alexander B. Feinberg
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 205-254-1000
DATE: 8/31/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2/10 | 3 | 3 | Denise R. Perkins | 8-31-11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 9.10.11    Time: 2:15 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy: Denise R. Perkins

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | | | $8.00 | | $8.00 |

REMARKS:

7007 0710 0001 5881 9808

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LISA SIMS or DAVID PIKE
   Registered Agents for Clark County
   Healthcare, d/b/a Southwest Alabama
   Medical Center
   33700 Highway 43
   Thomasville, AL  36784

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  W H Remes
☐ Agent
☐ Addressee

B. Received by (Printed Name)  WH KFNNEDY

C. Date of Delivery  9-16

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

[Postmark: THOMASVILLE, AL 36784 SEP 16 2011 USPS]

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0001 5881 9808

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Postmark
Here

Sent To  Lisa Sims & David Pike   2/10
Street, Apt. No.;
or PO Box No.  33700 Hwy 43
City, State, ZIP+4  Thomasville

PS Form 3800, August 2006    See Reverse for Instructions

[Article Number on side: 7007 0710 0001 5881 9808]